Thomas M. Downey, State Bar No. 142096
Derek H. Lim, State Bar No. 209496
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604

1901 Harrison Street, 11th Floor
Oakland, California  94612
Telephone:    (510) 444-6800
Facsimile:     (510) 835-6666

E-Mail:          tdowney@burnhambrown.com
                    dlim@burnhambrown.com

Attorneys for Defendant
ACS BENEFIT SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| REDDING MEDICAL CENTER, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ACS BENEFIT SERVICES, INC. dba ACS CONSULTING; and DOES 1 through 25,<br><br>Defendants. | Action No. 2:06-cv-02737-FCD-GGH<br><br>**STIPULATION AND ORDER TO CONTINUE THE DISCOVERY CUT-OFF, EXPERT DISCLOSURE DEADLINE AND EXPERT DISCOVERY CUT-OFF DATE**<br><br>**"AS MODIFIED"** |

Plaintiff Redding Medical Center, Inc ("Plaintiff") and Defendant ACS Benefit Services, Inc. ("Defendant") hereby stipulate by and through their undersigned counsel of record to continue the following deadlines in the above matter:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery cut-off | November 27, 2007 | March 14, 2008 |
| Expert disclosures | December 11, 2007 | April 1, 2008 |
| Supplemental disclosure | January 8, 2008 | April 28, 2008 |
| Expert discovery cut-off | February 5, 2008 | May 19, 2008 |

The remaining dates in the Court's August 28, 2007 Status (Pretrial Scheduling) Order will remain intact.

///

The Court recently issued a Status (Pretrial Scheduling) Order which set the trial date in this matter for **August 19, 2008.** However, discovery is set to close on **November 27, 2007**, more than eight months prior to the scheduled trial date. The parties have been diligent in this matter and have engaged in written discovery. Moreover, the parties are working to set the depositions of Plaintiffs FRCP 30 (b)(6) designees. The parties, however, anticipate that additional discovery may be necessary - including out of state discovery.

In light of the foregoing, the parties request a continuance of the aforementioned discovery and expert discovery deadlines. The continuance is warranted given the delay between the current discovery cut-off and trial, to avoid duplication of work and for purposes of judicial economy and efficiency.

DATED: October ___, 2007         BURNHAM BROWN

_____
DEREK H. LIM
Attorneys for Defendant
ACS BENEFIT SERVICES, INC.

DATED: October ___, 2007         HELTON LAW GROUP

By_____
JAMES HILLSBURG
Attorneys for Plaintiff
REDDING MEDICAL CENTER, INC.

**ORDER**

The Court hereby ADOPTS the discovery schedule noted above and in light of the re-setting of the discovery and expert discovery deadlines the court makes the following additional modifications:

The dispositive motion deadline is RESET to July 25, 2008;

The final pretrial conference is RESET to September 26, 2008 at 1:30 p.m. and;

The jury trial is RESET to December 2, 2008 at 9:00 a.m.

IT IS SO ORDERED.

DATED: October 23, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE