Thomas M. Downey, State Bar No. 142096
Derek H. Lim, State Bar No. 209496
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604

1901 Harrison Street, 11th Floor
Oakland, California  94612
Telephone:     (510) 444-6800
Facsimile:      (510) 835-6666

E-Mail:          tdowney@burnhambrown.com
                      dlim@burnhambrown.com

Attorneys for Defendant
ACS BENEFIT SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| REDDING MEDICAL CENTER, INC., | Action No. 2:06-cv-02737-FCD-GGH |
| Plaintiff, | **STIPULATION OF DISMISSAL [FED. R. CIV. P. 41(a)(1)]** |
| v. | Notice of Removal Filed:  December 4, 2006 |
| ACS BENEFIT SERVICES, INC. dba ACS CONSULTING; and DOES 1 through 25, | Trial Date:  None Set |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil

Procedure, Rule 41(a)(1), by and between Plaintiff REDDING MEDICAL CENTER, INC.

("PLAINTIFF") and Defendant ACS BENEFIT SERVICES, INC. ( "DEFENDANT"):

      1.      This action was commenced in California Superior Court, Shasta County on

October 30, 2006.  It was subsequently removed to the United States District

Court, Eastern Division, based upon diversity of citizenship under 28 U.S.C.

section 1332 and 28 U.S.C. section 1441(b).

      2.      The action is not a class action; a receiver has not been appointed; and the action

is not governed by any statute of the United States that requires an order of the

court for dismissal.

      3.      This action is hereby dismissed, in its entirety, with prejudice, based upon

1         settlement between PLAINTIFF and DEFENDANT.  Each party to bear their

2         own fees and costs associated with the litigation.

3 Respectfully Submitted.

4 DATED:  March ____, 2008         HELTON LAW GROUP, LLP

5

6         By_____

7           Ralph G. Helton

8           Attorneys for Plaintiff
          REDDING MEDICAL CENTER, INC.

9

10 Respectfully Submitted.

11 DATED:  March ____, 2008         BURNHAM BROWN

12

13         By_____

14           DEREK H. LIM

15           Attorneys for Defendant
          ACS BENEFIT SERVICES, INC.

16

17        IT IS SO ORDERED.

18 DATED: April 4, 2008

19

20

21 _____
    FRANK C. DAMRELL, JR.

22      UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

**STIPULATION OF DISMISSAL**         No. 2:06-cv-02737-FCD-GGH

852525

**STIPULATION OF DISMISSAL**                                    No. 2:06-cv-02737-FCD-GGH